# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    GREGORY EDWARD STANLEY  
    DEBRA JEAN STANLEY  
    Debtor(s)

Case No. 11-05881

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/15/2011.

2) The plan was confirmed on 04/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/24/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/29/2013.

5) The case was completed on 08/25/2015.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,651.00.

10) Amount of unsecured claims discharged without payment: $16,208.66.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $37,168.22 |
| Less amount refunded to debtor | $4,900.89 |

**NET RECEIPTS:** $32,267.33

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,242.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,642.12

Attorney fees paid and disclosed by debtor: $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ANTHONY PROSKE MD | Unsecured | 124.00 | 124.40 | 124.40 | 124.40 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 6,750.00 | 63.10 | 63.10 | 63.10 | 0.00 |
| BANK OF AMERICA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BYFIELD DRUG | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 3,500.00 | 412.31 | 412.31 | 412.31 | 0.00 |
| CITY OF JOLIET | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 65.00 | 82.38 | 82.38 | 82.38 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 1,043.00 | 1,144.59 | 1,144.59 | 1,144.59 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 222.59 | 222.59 | 222.59 | 0.00 |
| COMCAST | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 1,257.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ESSINGTON FAMILY DENTAL | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 450.00 | 356.26 | 356.26 | 356.26 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 95.60 | 95.60 | 95.60 | 0.00 |
| INTEGRATED RESPIRATORY | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 27.38 | 27.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,130.00 | 4,118.41 | 4,118.41 | 0.00 | 0.00 |
| LOU HARRIS | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| MERIDIAN MEDICAL ASSOC | Unsecured | 149.00 | 142.00 | 142.00 | 142.00 | 0.00 |
| MICHAEL R NAUGHTON | Unsecured | 191.00 | 191.00 | 191.00 | 191.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OAK BROOK HEARING | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| OPTIMAL HEALTH | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 153.00 | 153.00 | 153.00 | 123.72 | 0.00 |
| PROVENA HOME CARE | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 5,567.00 | NA | NA | 0.00 | 0.00 |
| RAYMOND ORENIC MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 12,975.00 | 12,975.00 | 12,975.00 | 12,975.00 | 1,513.23 |
| SANTANDER CONSUMER USA | Unsecured | NA | 8,859.49 | 8,859.49 | 8,859.49 | 0.00 |
| SBC AMERITECH | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| SMILE STREET DENTAL | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Secured | 1,275.00 | 1,275.00 | 1,275.00 | 1,275.00 | 44.54 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $63.10 | $63.10 | $0.00 |
| Debt Secured by Vehicle | $14,250.00 | $14,250.00 | $1,557.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,313.10** | **$14,313.10** | **$1,557.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,474.67 | $356.26 | $0.00 |
| **TOTAL PRIORITY:** | **$4,474.67** | **$356.26** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,454.74** | **$11,398.08** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,642.12 |
| Disbursements to Creditors | $27,625.21 |
| **TOTAL DISBURSEMENTS :** | **$32,267.33** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/04/2015                         By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**